# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: DAVID ITALIANO, AN ALLEGED INCAPACITATED PERSON | : No. 625 MAL 2021 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: DAVID ITALIANO | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.